OPINION — AG — **** DIVISION OF INDIAN EDUCATION — SUPERVISION **** UNDER THE TERMS AND CONDITIONS OF THE CURRENT CONTRACT BETWEEN THE STATE BOARD OF EDUCATION AND THE U.S. BUREAU OF INDIAN AFFAIRS, THE EMPLOYEES OF THE STATE DEPARTMENT OF EDUCATION, DIVISION OF INDIAN EDUCATION, ENGAGED IN THE PERFORMANCE OF THE CONTRACT WITH THE U.S. BUREAU OF INDIAN AFFAIRS, MUST BE CLASSIFIED AND SUPERVISED BY THE STATE PERSONNEL BOARD. CITE: 74 O.S. 1968 Supp., 803 [74-803] (GARY GLASGOW)